MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTA WOOD
Arizona State Bar No. 025503
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Krista.Wood@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00338-JJT |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| vs. | |
| Julio Cesar Ruiz-Vizcaino, | |
| Defendant. | |

      The United States recommends that Defendant be sentenced to six months' incarceration followed by three years of supervised release. In this case, Defendant knowingly concealed $19,314 in his vehicle in the air intake valve compartment next to the vehicle's engine. Defendant expected to be paid $500 for transporting the currency from Nevada to Mexico. Defendant hid the money in order to avoid law enforcement.

      This sentence is also supported by the factors set forth under 18 U.S.C. §3553(a). In considering the nature and circumstances of the offense and the history and characteristics of Defendant, a sentence of six months' incarceration followed by three years of supervised release reflects the seriousness of the offense, promotes respect for the

/ / /

/ / /

law, provides just punishment, and affords adequate deterrence.

Respectfully submitted this 30th day of August, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Krista Wood*
KRISTA WOOD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Maria Torres Chin
*Attorney for Julio Cesar Ruiz-Vizcaino*

*s/Erica Lane*
U.S. Attorney's Office